Certificate Number: 15317-PAE-DE-036001899

Bankruptcy Case Number: 16-14845



15317-PAE-DE-036001899

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 19, 2021</u>, at <u>12:18</u> o'clock <u>PM PDT</u>, <u>Remah Thomas</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   September 19, 2021              By:   /s/Jerry Fajardo

                                        Name:  Jerry Fajardo

                                        Title:  Counselor