United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-14845-elf

Remah S. Thomas     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Oct 13, 2021     Form ID: 138OBJ     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Remah S. Thomas, 318 Lakeview Avenue, Drexel Hill, PA 19026-1014 |
| 13756445 | + | American Education Svc, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13958372 | | ECMC, po box 16408, St. Paul, MN 55116-0408 |
| 13756446 | + | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 14118071 | + | PA Housing Fin. Agy., c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13774486 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13756448 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13772230 | + | Upper Darby Bell Telco FCU, c/o M. Jacqueline Larkin, Esq., McGivney & Kluger PC, 1650 Arch St., Ste. 1800, Phila., PA 19103-2034 |
| 14260256 | + | Upper Darby Twp., c/o James R. Wood, Esquire, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 13 2021 23:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2021 23:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 13 2021 23:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13756447 | + | Email/Text: blegal@phfa.org | Oct 13 2021 23:33:00 | Pa Housing Finance Age, 211 N. Front St., Harrisburg, PA 17101-1406 |
| 13756449 | + | Email/Text: dbogucki@trumark.org | Oct 13 2021 23:33:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 13756450 | + | Email/Text: rich@udbell.org | Oct 13 2021 23:33:00 | Upper Darby Belltelco, 1410 Baywood Ave, Upper Darby, PA 19082-3720 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13790612 | | TruMark Financial Credit Union |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

Case 16-14845-elf    Doc 73    Filed 10/15/21    Entered 10/16/21 00:39:17    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2021 | Form ID: 138OBJ | Total Noticed: 15 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor Remah S. Thomas Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| MARY JACQUELINE LARKIN | on behalf of Upper Darby Bell Telco Federal Credit Union mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com |
| MARY JACQUELINE LARKIN | on behalf of TruMark Financial Credit Union mjlarkin@vaughanbaio.com nfusco@vaughanbaio.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Remah S. Thomas
        Debtor(s)

Case No: 16−14845−elf
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

            900 Market Street
              Suite 400
         Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/13/21

72 − 71
Form 138OBJ